

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00279-CV

| | | |
|---|---|---|
| Prescription Health Network, LLC, and William M. Blackshear Jr., M.D. | § | From the 442nd District Court |
| | § | of Denton County |
| v. | § | (2013-50459-367) |
| | § | April 20, 2017 |
| Toby R. Adams, Lisa B. Adams, and Adams Marketing Consulting, Inc. | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Prescription Health Network, LLC, and William M. Blackshear Jr., M.D. shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
Justice Mark Pittman